UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
MATTHEW OSTROW and LEO E. MILLER, JR., )
as they are TRUSTEES, HEALTH & WELFARE FUND )
IBEW LOCAL 96, PENSION FUND LOCAL 96 – IBEW, )
and ANNUITY PLAN IBEW LOCAL 96; )
LEO E. MILLER, JR., as he is TRUSTEE, WORCESTER )
JOINT APPRENTICESHIP AND TRAINING FUND; )
LAWRENCE J. BRADLEY, as he is EXECUTIVE )
SECRETARY-TREASURER, NATIONAL )
ELECTRICAL BENEFIT FUND; J. DAVID KEANEY, )
as he is LOCAL ADMINISTRATOR, NATIONAL )
LABOR MANAGEMENT COOPERATION )
COMMITTEE; LEO E. MILLER, JR., as he is )
ADMINISTRATOR, CENTRAL MASSACHUSETTS )
ELECTRICAL LABOR MANAGEMENT FUND; )
and IBEW LOCAL UNION NO. 96, )
      Plaintiffs, )  C.A. No. 14-40114-TSH
)
    vs. )
)
PRIME SOLUTIONS, INC., )
     Defendant, )
)
     and )
)
HONEYWELL BUILDING SOLUTIONS )
SES CORPORATION, and SEABOARD SOLAR )
HOLDINGS, LLC d/b/a SEABOARD SOLAR )
OPERATIONS, LLC )
     Reach-and-Apply Defendants. )
_____)

**ORDER ON PLAINTIFFS' ASSENTED-TO MOTION FOR RECONSIDERATION OF REQUIREMENT TO POST SECURITY FOR PRELIMINARY INJUNCTION AS TO REACH-AND-APPLY DEFENDANT HONEYWELL BUILDING SOLUTIONS SES CORPORATION**

**October 10, 2014**

For the reasons set forth below, Plaintiffs' Assented-to Motion for Reconsideration of

Requirement to Post Security for Preliminary Injunction as to Reach-and-Apply Defendant

Honeywell Building Solutions SES Corporation (Docket No. 36) is **_granted in part_**, and **_upon reconsideration the bond requirement is reduced to $500_**.

Prohibiting Reach-and-Apply Defendant Honeywell from paying money owed to Defendant Prime, even if only temporarily, poses a risk of economic loss to Prime that is not insignificant. Further, this is a commercial case in which Plaintiffs—benefit funds seeking hundreds of thousands of dollars from an employer—"can be assumed capable of bearing most bond requirements." *Crowley v. Local No. 82, Furniture & Piano Moving, Furniture Store Drivers, Helpers, Warehousemen & Packers*, 679 F.2d 978, 1000 (1st Cir. 1982). Considering the mandatory language of Rule 65(c), I find that requiring the Plaintiffs to post security is warranted. However, upon reconsideration of the bond amount based on the assented-to motion, I reduce the bond requirement to $500.

SO ORDERED.

                                                    **/s/** *Timothy S. Hillman*
                                                    TIMOTHY S. HILLMAN
                                                    DISTRICT JUDGE